IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**REGINALD L. DUNAHUE**                                                                                    **PLAINTIFF**
**ADC #106911**

v.                              Case No. 2:19-cv-00126 KGB-PSH

**JEREMY C. ANDREWS,** *et al.*                                                                       **DEFENDANTS**

## ORDER

Before the Court is plaintiff Reginald L. Dunahue's motion for continuance (Dkt. No. 141). According to Mr. Dunahue, this case is currently set for jury trial the week of May 22, 2023 (*Id.*, ¶ 1). Mr. Dunahue's appointed counsel was only recently able to schedule a telephone meeting with Mr. Dunahue (*Id.*, ¶ 2). Mr. Dunahue's appointed counsel is requesting a continuance to receive and review with Mr. Dunahue the discovery in this case (*Id.*, ¶ 3). For good cause shown, the Court grants Ms. Dunahue's motion for continuance (*Id.*). The Court removes the case from the Court's May 22, 2023, trial calendar. The Court will reset this matter for trial by separate order and will issue an amended final scheduling order that resets all unexpired pretrial deadlines.

So ordered this 19th day of May, 2023.

_____
Kristine G. Baker
United States District Judge