IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**REGINALD L. DUNAHUE**
**ADC #106911**                                                                                           **PLAINTIFF**

v.                            Case No. 2:19-cv-00126 KGB

**JEREMY C. ANDREWS,** *et al.*                                                         **DEFENDANTS**

## DEFAULT JUDGMENT

Following the entry of the Clerk's default and pursuant to the Findings of Fact and Conclusions of Law entered this date in this matter, it is considered, ordered, and adjudged that default judgment is entered against individual capacity defendants Myron Rhodes and Ladarius Williams, jointly and severally, in the amount of $1,000.00 (Dkt. Nos. 212; 239). Mr. Rhodes and Mr. Williams are ordered, jointly and severally, to pay post judgment interest at a rate of 4.04% per annum from the date of the Judgment until paid in full.

It is so adjudged this the 17th day of March, 2025.

*[signature: Kristine G. Baker]*
Kristine G. Baker
Chief United States District Judge